UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (Portland)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Case No: 25-20222-MAF

IN RE:     Trico Millworks, Inc.
Debtor

Chapter: 11

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPEARANCE AND DEMAND FOR NOTICE AND PLEADINGS

Marcus E. Pratt of Korde & Associates, P.C. hereby appears for Ford Motor Credit Company LLC ("Creditor") and requests that all notices given or required to be given in this case and all pleadings and other papers served in this case be given to, and served upon the undersigned at the address below in accordance with the Bankruptcy Code, Bankruptcy Rules and the Local Bankruptcy Rules.

The foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, fax, electronic mail or otherwise affecting the Creditor.

Dated: November 14, 2025

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE (Portland)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Case No: 25-20222-MAF

IN RE:     Trico Millworks, Inc.
                      Debtor

Chapter: 11

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF SERVICE

I, Marcus E. Pratt, Attorney for **Ford Motor Credit Company LLC and/or its successors and assigns** hereby certify that on November 14, 2025, I electronically filed the foregoing *Appearance and Demand for Notice and Pleadings* with the United States Bankruptcy Court for the District of Maine using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Office of the U.S. Trustee
Tanya Sambatakos, Trustee
Ann Marie Dirsa, Esquire
Adam R. Prescott, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Trico Millworks, Inc.
255 Ossipee Trail, P.O. Box 69
Limington, ME 04049

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com